




Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America /

'The North Gate'

∞ ~ 'Temple of the Moon and Sun' ~ ∞

∞ ~ Societas Republicae Ea Al Maurikanos ~ ∞

The True and De jure Natural Peoples ~ Heirs of the Land

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**From the office the Executor of**
**Howard James Redmond Bey©™**
P.O. Box 292891
Lewisville, Texas Near [75029]
**Certified Mail: 7020 2450 0000 5327 9437**
**Return Receipt: 9590 9402 6347 0296 2936 72**
As Drawn from NOTICE OF SURETY ACT & BOND NO. RB 857 041 809 US
see. DENTON COUNTY CLERK, real estate room I 02, Instrument No. 66946 (See
www.denton.tx.publicsearch.us and search real estate records for instrument No. 66946).

DENTON COUNTY COURT OF TEXAS

21 October 2022

| | |
|---|---|
| **Howard James Redmond Bey©™, Ex Relational HOWARD JAMES REDMOND JR©™ In Propria Persona (Executer) for HOWARD JAMES REDMOND©™ ESTATE**<br><br>**Claimant**<br><br>vs.<br><br>**Defendants**<br><br>Bruce Williams , CEO Doing Business As, Shellpoint Mortgage Servicing | Case No. 4:22-CV-910 SDJ/CAN<br><br>**DEMAND FOR DECLARATORY JUDGEMENT:**<br><br>FILED<br>OCT 24 2022<br>Clerk, U.S. District Court<br>Eastern District of Texas |

1

| | |
|---|---|
| 1 | Or holder of the seat, hereinafter fiduciary, et al |
| 2 | Certified Mail: 7020 2450 0000 5327 9437 |
|   | Return Receipt: 9590 9402 6347 0296 2936 72 |
| 3 | |
| 4 | The Padgett Law Group, et al |
|   | 5501 LBJ Freeway, Suite 925 |
| 5 | Dallas, Texas 75240 |
|   | Certified Mail: 7020 2450 0000 5327 9444 |
| 6 | Return Receipt: 9590 9402 6347 0296 2936 96 |
| 7 | |
|   | Trustees John Beazley, Bob Dickerson, Aaron Parker, |
| 8 | Logan Thomas, Rick |
| 9 | Montgomery, Corenblum, Matthew Hanson, Joshua |
|   | Sanders, Shawn Schiller, |
| 10 | Auction.com or Michael J. |
|   | Burns, Vrutti Patel or |
| 11 | Jonathan Smither, et al, |
|   | C/O Padgett Law Group 5501 |
| 12 | LBJ Freeway, Suite 925 |
|   | Dallas, Texas 75240 |
| 13 | Certified Mail: 7020 2450 0000 5327 9451 |
|   | Return Receipt: 9590 9402 6347 0296 2936 89 |
| 14 | |

## INTRODUCTION

NOW COMES Plaintiff Howard James Redmond Bey©™ Executor of the Howard James Redmond Jr. ©™ Estate to present this case against defendant Bruce Williams, CEO Doing Business As, Shellpoint Mortgage Servicing Or holder of the seat, hereinafter fiduciary, et al, The Padgett Law Group, Trustees John Beazley, Bob Dickerson, Aaron Parker, Logan Thomas, Rick Montgomery, Corenblum, Matthew Hanson, Joshua Sanders, Shawn Schiller, Auction.com or Michael J. Burns, Vrutti Patel or Jonathan Smither, et al, C/O Padgett Law Group. Known as Defendants.

The defendant (s) accepted Negotiable instrument (RF 301 322 432 US) in full in agreeance initially sent on or about 1 June 2021, with the payoff statement provided by Shellpoint. Defendant(s) has been given multiple opportunities to close Howard James Redmond Bey©™, Ex Relational HOWARD JAMES REDMOND JR©™ account and release the lien held against

2

the estate and deliver title with no encumbrance. I demand a Declaratory Judgement against all defendants for damages for payment(s) made under threat, duress, and coercion and release of lien for 4500 Parkwood Drive Forest Hill, Texas 76140, Latitude 32.654879: Longitude -97.258524.

### BACKGROUND

1. On or about 1 June 2021, a Letter of Acceptance For Value and Returned for Value the Defendant presentment Negotiable Instrument No. RF 304 322 432 US. **Negotiable instruments are legal tender for settlement of any debts public or private pursuant to Public Resolution HJR-192, Public Law 73-10, United States Statutes at Large Ch. 48, 48 Stat. 112, 113, Public Law 97-258, 111 Stat. 1318§ 641, 31 USC 5118, 31 CFR 103.11 (u); 31 USCA § 463, UCC 4-215, AND UCC3-603.** Included in the AFFIDAVIT OF FACT LETTER OF ACCEPTANCE FOR VALUE AND RETURNED FOR DISCHARGE/SETOFF:

   a. Letter of Authorization For Private Credit Instrument No. RF 304 322 432 US
   b. Form 56 (Rev November 2017) / OMB No. 1545-0013
   c. UCC3 – 210528-0027000
   d. "International Bill of Exchange" Accept for Value NOTIFICATION OF Account Shellpoint Account 0579382079
   e. Form 1099-OID (2018) NO 1545-0117
   f. Form 1096 (2018)/ OMB No. 1545-0108
   g. Form 8281 (Rev. September 2014)/ OMB No. 1545-0887
   h. Form 1040-V (2018/ OMB No. 1545-0074
   j. Form 1040 (2017) /OMB No. 1545-0074

These documents were mailed Registered or Certified mail or Overnight Postal Service with notary service sent. Listed are the registered mail numbers and dates with the first packages sent 1 June 2021, Via Registered No. RF 304 322 432 US, with return receipt: 9590 9402 6344 0296 4439 02. The second request was sent 17 June 2021, via Overnight Mail No. EJ 818 075 641 US. Third and Final notice was mail 2 July 2021, via Certified Mail No. 7020 2450 0000 5327 9826 with return receipt # 9590 9402 6344 0296 4439 57. No response was received from Defendant(s). On 16 August 2021, Defendant(s) was sent Notary Certificate of Collateral

3

Estoppel by Silence.

Defendant(s) was given ample opportunity to settle this account 0579382079, the mail evidence proves that they received the correspondence, but refused to respond, which yields tacit acquiescence to the facts and truth contained therein.

The legal notice was published in Commercial+Record beginning Sunday September 2, 2021, it ran for six consecutive weeks & Affidavit of Publishing rendered at its commencement.

Legal Notice: Foreclosure Notice to Respondent Notice to Respondents, 4500 Parkwood Drive Forest Hill, Texas 76140, Latitude 32.654879: Longitude -97.258524, Filed in Pulaski County. RESPONDENTS HAVE FAILED TO LAWFULLY REBUT OR REFUTE THE CLAIMS REFERENCED IN THE AFOREMENTIONED INSTRUMENT NUMBERS. AFTER THIS ONE DAY A WEEK FOR FOUR WEEKS PUBLIC NOTICE, RESPONDENTS ARE HEREBY ESTOPPED FROM ANY REMEDY IN LAW OR EQUITY SHOULD THEY FAIL TO REBUT THE FACTS OF THIS PUBLIC NOTICE UNDER PENALTIES OF PERJURY.

Additionally, the defendant(s) were presented with a negotiable instrument in the form of an International Bill of Exchange sent on 1 June 2021. The above instrument is being traded on the stock market. The associating Cusip # 3167K857 is included in this document with Affidavit Of Fact. Defendant(s) accepted the instrument used to settle the account but has yet to credit Howard James Redmond Bey©™, Ex Relational HOWARD JAMES REDMOND JR©™ account nor release the lien to the subject property located 4500 Parkwood Drive Forest Hill, Texas 76140, Latitude 32.654879: Longitude -97.258524.

**DECLARATORY JUDGEMENT:** <u>EVIDENCE</u>

      I, Howard Redmond Bey©™, present the documents below as evidence for this WRIT Order & Demand for Declaratory Judgment against Defendant.

Evidence:

    1. Affidavit of Fact

    2. Letter of Instructions And Authorization For Private Credit Serial No. RB 857 042 282 US US

    3. A. Form 56 (Rev Number 20L71OMB 1545-0013

    B. ucc3-210609- 0055000 " International Bill of Exchange No. RF 304 322 432 US " Accept for Value NOTIFCATION of Shellpoint Account # 0579382079,

    D. Form 1099-OlD (2018) NO 1545-0117

    E. Form 1096 (2018) OMB No. 1545-0108

    F. Form 8281 (Rev. September 20L41/oMB No. 1545-0887

    G. Form 1040-V (2018)/OMB No. 1545-0074 h. Form 1040 (20771/OMB No.1545-0074

    4. Correspondence From Lender.

    5. Notary's Certificate of Service

    6. Notary's Certificate of Collateral Estoppel By Silence

    7. United State Postal service Mailing Receipt(s) Evidence

    8. Cusip documents

    9. Affidavit of Fact of Confirming Cusip

## JURISDICTION AND VENUE

This is the proper jurisdiction for this case as plaintiff domiciles in Texas Republic.

## RELIEF

As Executor of Howard Redmond Bey©™, estate it is hereby ordered that this court, by writ for Declaratory Judgment against Defendant and release of lien to the aforementioned property, Reimburse Foreclosure payment of $35,755.06 and damages $64,774.90x3=$194,324.70 for a total of $230,079.76.

Or defendant (s) can release all liens, Reimburse Foreclosure payment of $35,755.06 and damages $64,774.90 for a total of $100,529.96 within 10 days of receipt.

Executed this __21__ day of __October__, 2022.

_____
Howard James Redmond Bey©™, sui juris
in full life, in propria persona
authorized representative, ex rel.
HOWARD JAMES REDMOND©™;
U.C.C1-207/308; U.C.C. 1-103.6
All Rights Reserved.
Mailing Location
C/o P.O. Box 292891
Lewisville, Texas 75029

10/21/2022



**EXHIBITS**

A. Certified documents Instrument numbers 2021061256, and 2021061264 and 2021080611 recorded in Pulaski County, Arkansas

B. CUSIP document of International Bill of Exchange RF 304 322 432 US

C. Affidavit of Fact of Cusip

Exht &C

## AFFIDAVIT OF FACT

**STATE: OHIO**
**COUNTY: FAIRFIELD**

The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below are true, correct, complete and presented in good faith, establish that:

1. The CUSIP numbers attached for HOWARD REDMOND, for an account bearing number *RF304322432-US*, were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued and attached as a result.

2. The Fund Manager, or other custodian(s) of the accounts of the fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of HOWARD REDMOND.

3. More than one fund may have an interest in the accounts of HOWARD REDMOND.

FURTHER AFFIANT SAYETH NOT.

Signed and sealed this 3rd day of December, in the Year of our Lord, two thousand twenty-one (2021).

All Rights Reserved,
For WESLEY JARVIS

_____
Wesley J. Jarvis, Trustee

Page 1 of 2

Exhs C

# JURAT

State of Ohio )

Subscribed and Affirmed )

County of Fairfield )

On December 3rd, 2021 before me, Brandon James (notary public) personally appeared **Wesley J. Jarvis** [ ] personally known to me or [ ] proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____(Signature)

Notary Public State of Ohio     Seal:

My Commission Expires: 04/07/2025

BRANDON JAMES
NOTARY PUBLIC
STATE OF OHIO
My Commission Expires
April 7, 2025

Page 2 of 2

ex hibit B.

## Your CUSIP Results are as follows:

**HOWARD J REDMOND (REG MAIL RF-304-322-432-US [IBOE])**
**Fidelity Total Bond Fund**

| | |
|---|---|
| Symbol: | FCEPX |
| CUSIP: | **31617K857** |
| **Minor** | RSCIX |
| | 92934R231 |
| | $1,284,081,000.00 |
| Inception Date: | 6/16/2004 |
| Net Assets: | $34,320,285,000.00 as of 11/15/2021 |
| Portfolio Assets: | $34,320,285,000.00 as of 11/15/2021 |

**A little about the Fund:**

Fidelity Total Bond Fund a high level of current income by investing at least 80% of assets in debt securities of all types and repurchase agreements for those securities. The Fund invests in domestic and foreign issuers. The Fund's comparative indices are Bloomberg U.S. Aggregate Bond Index and Bloomberg U.S. Universal Bond Index.

