IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HOWARD JAMES REDMOND, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:22-CV-00910-SDJ-AGD |
| v. | § § | |
| BRUCE WILLIAMS, et al., | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting Report and Recommendation of United States Magistrate Judge, which recommends that Defendant Shellpoint's Motion to Dismiss (Dkt. #20) be granted, this case be dismissed, Plaintiff's Motions (Dkt. #13; Dkt. #16) be denied as moot, and Defendant Shellpoint's Motion (Dkt. #10) be denied as moot, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Defendant Shellpoint's Motion to Dismiss (Dkt. #20) is **GRANTED** on other grounds and that this case is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 12(b)(1); that Plaintiff's Motions (Dkt. #13; Dkt. #16) are **DENIED** as moot; and that Defendant Shellpoint's Opposed Motion for Extension of Time to Respond to Complaint (Dkt. #10) is **DENIED** as moot.

All relief not previously granted is hereby denied.

**So ORDERED and SIGNED this 5th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE